# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2515 Disciplinary Docket No. 3 |
| | : | |
| JON ARI LEFKOWITZ | : | Board File No. C1-16-465 |
| | : | |
| | : | (Supreme Court of the State of New York |
| | : | Appellate Division: Second Judicial |
| | : | Department, 2016-07364) |
| | : | |
| | : | Attorney Registration No. 92099 |
| | : | |
| | : | (Out of State) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of November, 2018, upon consideration of the responses to a Notice and Order directing Jon Ari Lefkowitz to provide reasons against the imposition of discipline reciprocal to that imposed by the Second Judicial Department of the State of New York, Jon Ari Lefkowitz is suspended from the practice of law in this Commonwealth for two years, and he shall comply with all the provisions of Pa.R.D.E. 217.